Lilah E. Hunnicut, Plaintiff in Error, v. Tampa Electric Company, a corporation, Defendant in Error.

(Supreme Court of Florida, August 19, 1905.)

Writ of Error to Circuit Court, Hillsborough County; Joseph B. Wall, Judge.

*H. S. Hampton* and *W. W. Hampton,* for Plaintiff in Error.

No appearance for the Defendant in Error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant and the plaintiff takes writ of error. Writ of error dismissed on praecipe of counsel for plaintiff in error.